The Amin Law Group, NV. Ltd.
ISMAIL AMIN, ESQ. (NV Bar No. 9343)
LAWRENCE KULP, ESQ. (NV Bar No. 7411)
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 990-3583
Facsimile: (702) 990-3501

Attorneys for Plaintiff RANDY LUND

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RANDY LUND, | Case No. : 2:11-CV-01726 –KJD-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| MARGARET MATHIS, | |
| Defendant. | |

Plaintiff, RANDY LUND, by and through his counsel of record, ISMAIL AMIN, ESQ., of the law firm THE AMIN LAW GROUP, NV, LTD., and Defendant, MARGARET MATHIS, by and through her counsel of record, DAVID V. WILSON, II, of the law firm of HAYS, McCONN, RICE & PICKERING, do hereby stipulate and agree to the following:

WHEREAS, Ismail Amin, Esq., first appeared in this case for Plaintiff on July 6, 2012, and now wishes to amend the First Amended Complaint filed herein on September 6, 2011, by Plaintiff's previous counsel; and

1

SECOND AMENDED COMPLAINT

WHEREAS, Defendant's counsel has no objection to Plaintiff's amending the First Amended Complaint as appearing hereinbelow;

NOW THEREFOR, the undersigned counsel do hereby stipulate and agree that the court may enter an order, and hereby request the court to do so, granting leave for Plaintiff to file herein a Second Amended Complaint conforming to the Proposed Second Amended Complaint appended hereto as **Exhibit A**.

**THE AMIN LAW GROUP, NV, LTD.**

/s/ Ismail Amin                                9/10/12
ISMAIL AMIN, ESQ. (NV Bar No. 9343)      Date
LAWRENCE KULP, ESQ. (NV Bar No. 7411)
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 990-3583
Facsimile: (702) 990-3501

**HAYS, McCANN, RICE & PICKERING, P.C.**

                                              9/7/12
DAVID V. WILSON, II, ESQ.                Date
Nevada Bar No. 10278
8275 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 990-8418

## ORDER

IT IS SO ORDERED on this __17th__ day of September, 2012.

BY THE COURT:

DISTRICT COURT JUDGE