ISMAIL AMIN, ESQ. (State Bar No. 9343)
LAWRENCE KULP, ESQ. (State Bar No. 7411)
**The Amin Law Group, NV., Ltd.**
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 990-3583
Facsimile: (702) 990-3501

Attorneys for Plaintiff RANDY LUND

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RANDY LUND, | Case No. **2:11-cv-1726-APG-PAL** |
| Plaintiff, | |
| vs. | |
| MARGARET MATHIS, | **STIPULATION AND ORDER TO DISMISS ALL CLAIMS, WITH PREJUDICE** |
| Defendant. | |

WHEREAS, the parties have reached a full and final settlement of this case and have agreed therein to file this stipulation to dismiss all of Plaintiff's claims against Defendant, with prejudice.

IT IS HEREBY STIPULATED AND AGREED by the undersigned, that all of Plaintiff's claims against Defendant in this action shall be dismissed, with prejudice, and that the respective parties shall bear their own attorneys' fees and costs incurred in this action.

WHEREFORE, the parties request that this Court enter an order accordingly.

STIPULATED AND AGREED on this 23rd day of May, 2014.

By:_____/s/Ismail Amin, Esq._____　　　　By:_____/s/David V. Wilson II, Esq._____
ISMAIL AMIN, ESQ.　　　　　　　　　　　　DAVID V. WILSON II, ESQ.
LAWRENCE KULP, ESQ.　　　　　　　　　　Hays, McConn, Rice & Pickering, P.C.
The Amin Law Group, NV., Ltd.　　　　　　　Attorney for Defendant
Attorneys for Plaintiff

## ORDER

**IT IS SO ORDERED.**

Dated: May 23, 2014.

_____
UNITED STATES DISTRICT JUDGE